UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK J. GIBSON,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:16-cr-00084

## DETENTION ORDER

This matter is before the Court on defendant's custody status pending trial.  On February 29, 2016, the defendant was arrested on a warrant issued in a related case, No. 1:16-CR-0037.  On March 11, 2016, the defendant appeared in Court for a continued detention hearing before the Honorable Ellen S. Carmody, and he was remanded to the custody of the U.S. Marshal pending further proceedings.  For the reasons stated in that order (Case No. 1:16-cr-0037, ECF No. 252), the defendant will be detained pending trial in this case.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 16th day of May, 2016.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge